1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,      )     Case No.:   5:21-MJ-00215-DUTY
                                    )
                     Plaintiff,     )     ORDER OF DETENTION PENDING
12                                  )     FURTHER REVOCATION
                v.                  )     PROCEEDINGS
13                                  )     (FED. R. CRIM. P. 32.1(a)(6); 18
     Selene Barajas Flores          )     U.S.C. § 3143(a)(1))
14                                  )
                     Defendant.     )
15   _____)

16          The defendant having been arrested in this District pursuant to a warrant

17   issued by the United States District Court for the ___Southern___ District of

18   ___California___ for alleged violation(s) of the terms and conditions of probation

19   or supervised release; and

20          Having conducted a detention hearing pursuant to Federal Rule of Criminal

21   Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

22   A.  ( x )   The defendant has not met his/her burden of establishing by clear and

23              convincing evidence that he/she is not likely to flee if released under 18

24              U.S.C. § 3142(b) or (c).  This finding is based on the following:

25              ( x )   information in the Pretrial Services Report and Recommendation

26              ( x )   information in the violation petition and report(s)

27              ( x )   the defendant's nonobjection to detention at this time

28              (  )   other: _____

                                        1

1   and/ or

2   B. (x)   The defendant has not met his/her burden of establishing by clear and

3   convincing evidence that he/she is not likely to pose a danger to the safety

4   of any other person or the community if released under 18 U.S.C.

5   § 3142(b) or (c).  This finding is based on the following:

6   (x)   information in the Pretrial Services Report and Recommendation

7   (x)   information in the violation petition and report(s)

8   (x)   the defendant's nonobjection to detention at this time

9   ( )   other: _____

10

11   IT THEREFORE IS ORDERED that the defendant be detained pending the further

12   revocation proceedings.

13

14   Dated:   3/30/2021

15   _____
    SHASHI H. KEWALRAMANI
    UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28